**Order entered November 29, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00655-CR

**ANTHONY MARCUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-30422-M**

## ORDER

Before the Court is court reporter Belinda Baraka's November 21, 2017 second request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 20, 2017.** Ms. Baraka is cautioned that the failure to file the reporter's record by that date may result in the Court taking whatever action it deems appropriate to ensure that this appeal proceeds in a timely fashion, which may include ordering that she not sit as a court reporter until the record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE